UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GLENN FORDE,

           **ORDER**

               Plaintiff,

v.                           23-CV-4090 (PMH)

PHH MORTGAGE CORP., et al.,

               Defendants.

--------------------------------------------------------X

Plaintiff, who is proceeding *pro se*, commenced this action on May 17, 2023 and filed an Amended Complaint on June 14, 2023. (Doc. 1; Doc. 8). Defendants' request for permission to move to dismiss Plaintiff's Amended Complaint was granted on July 7, 2023 and the Court entered a briefing schedule. (Doc. 17). On August 7, 2023, Defendants filed their motion to dismiss. (Doc. 36). Plaintiff's opposition was due by September 4, 2023. (*See* Doc. 17). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until October 25, 2023. Defendants' reply, if any, is due November 8, 2023.

**If plaintiff fails to file his opposition by October 25, 2023, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

The Clerk is instructed to mail a copy of this Order to Plaintiff at the address on the docket.

Dated: White Plains, New York
       September 19, 2023

                     SO ORDERED:

                     _____

                     Philip M. Halpern
                     United States District Judge