## AT THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glenn D. Forde as Beneficiary under the last will and testament of Daisy McKenzie<br><br>                Plaintiff<br><br>v.<br><br>PHH Mortgage Corporation<br>Raspreet Bhatia (private capacity)<br>David F Everett (private capacity)<br>County of Westchester<br><br>                Defendant | Docket No.: 7:23-cv- 04090-PHM |

## ORDER

For GOOD CAUSE SHOWN, the above-captioned matter having come before this Court finds the facts in support to GRANT Plaintiff's motion of Voluntary Dismissal. The Clerk of Court is respectfully request to close this case.

Executed on November 17, 2023

    White Plains, New York

Signed by _____
~~USDJ~~

Hon. Philip M. Halpern
United States District Court Judge